UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Covington

    v.                                                           Case No. 19-cv-384-JD

NH State Prison, Warden, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone, dated December 27, 2019.

                                                              /s/ Joseph A. DiClerico, Jr.
                                                              Joseph A. DiClerico, Jr
                                                              United States District Judge

Date: January 2, 2020

cc:   James Covington, pro se